**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Emily A. Horne (State Bar No. 347723)
1990 North California Blvd., 9th Floor
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Email:  ltfisher@bursor.com
            ehorne@bursor.com

*Attorneys For Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTON GOLUB, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THEHUFFINGTONPOST.COM, INC.,<br><br>Defendant. | Case No.: 3:25-cv-01514-VC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF

RECORD:

PLEASE TAKE NOTICE that, Federal Rule of Procedure 41(a)(1)(A)(i) provides that "the

plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the

opposing party serves either an answer or a motion for summary judgment."  Accordingly, Plaintiff

Barton Golub hereby voluntarily dismisses his claim against TheHuffingtonPost.com, Inc., without

prejudice.

Dated: March 4, 2025                           **BURSOR & FISHER, P.A**.

                                               By:   */s/ L. Timothy Fisher*
                                                       L. Timothy Fisher

                                               L. Timothy Fisher (State Bar No. 191626)
                                               Emily A. Horne (State Bar No. 347723)
                                               1990 North California Blvd., 9th Floor
                                               Walnut Creek, CA  94596
                                               Telephone: (925) 300-4455
                                               Email:  ltfisher@bursor.com
                                                        ehorne@bursor.com

                                               *Attorneys for Plaintiff*